United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Angela Mary Girondo
    Debtor

Case No. 15-13241-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD              Page 1 of 1         Date Rcvd: Jun 13, 2018
                            Form ID: 167                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db             +Angela Mary Girondo,   97 Hampstead Drive,   Unit 97,   Ambler, PA 19002-4955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DIANE E. BARR    on behalf of Debtor Angela Mary Girondo barrdupree09@yahoo.com, dbarrcg@aol.com
      JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green Tree Consumer Discount Company paeb@fedphe.com
      LARRY S. EISMAN    on behalf of Creditor   Butler Park Condominium Association Larry@Eisman.us, lse664@aol.com
      MARIO J. HANYON    on behalf of Creditor   Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
      PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                     TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Mary Girondo
    Debtor(s)

Case No: 15−13241−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 7/10/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/13/18

Timothy B. McGrath
Clerk of Court

105 − 104
Form 167