IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Mary Girondo<br>      Debtor | Chapter 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>    v.<br>Angela Mary Girondo<br>    and<br>William C. Miller Esq.<br>      Trustee | NO. 15-13241 MDC |

## ORDER

AND NOW, this 11th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 18, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer and Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and its successor in title to proceed with the execution process through, as provided under the loan documents, among other remedies but not limited to in rem relief only Sheriff's Sale regarding the premises 120 Rosemary Avenue Ambler, PA 19002.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                     *Magdeline D. Coleman*
                     United States Bankruptcy Judge.

cc: See attached service list