United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Angela Mary Girondo
    Debtor

Case No. 15-13241-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 11, 2018
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db        +Angela Mary Girondo,    97 Hampstead Drive,    Unit 97,    Ambler, PA 19002-4955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
        DIANE E. BARR    on behalf of Debtor Angela Mary Girondo barrdupree09@yahoo.com,   dbarrcg@aol.com
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Consumer Discount Company paeb@fedphe.com
        LARRY S. EISMAN    on behalf of Creditor    Butler Park Condominium Association Larry@Eisman.us, lse664@aol.com
        MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
        PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                              TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Mary Girondo<br>                        Debtor | Chapter 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>                        v.<br>Angela Mary Girondo<br>                        and<br>William C. Miller Esq.<br>                        Trustee | NO. 15-13241 MDC |

## ORDER

AND NOW, this _11th_ day of _July_, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 18, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer and Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and its successor in title to proceed with the execution process through, among other remedies but not limited to _as provided under the loan documents, in rem relief only_ Sheriff's Sale regarding the premises 120 Rosemary Avenue Ambler, PA 19002.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
United States Bankruptcy Judge.

cc: See attached service list