United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 15-13241-mdc
Angela Mary Girondo                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD         Page 1 of 1              Date Rcvd: Jul 24, 2018
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
db             +Angela Mary Girondo,   97 Hampstead Drive,   Unit 97,   Ambler, PA 19002-4955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
    DANIELLE BOYLE-EBERSOLE   on behalf of Creditor    Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC debersole@hoflawgroup.com, bbleming@hoflawgroup.com
    DIANE E. BARR    on behalf of Debtor Angela Mary Girondo barrdupree09@yahoo.com, dbarrcg@aol.com
    JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Consumer Discount Company paeb@fedphe.com
    LARRY S. EISMAN    on behalf of Creditor    Butler Park Condominium Association Larry@Eisman.us, lse664@aol.com
    MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC paeb@fedphe.com
    PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et al. c/o Fay Servicing, LLC bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                        TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA MARY GIRONDO                              Chapter 13

                    Debtor          Bankruptcy No. 15-13241-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ____19th____ day of ____July____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-


Debtor:
ANGELA MARY GIRONDO

97 HAMPSTEAD DRIVE UNIT 97

AMBLER, PA 19002-