# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :         Chapter: 13

                                          :

Angela Girondo                            :         Bankruptcy No.  15-13241

    Debtor

* * * * * * *

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Movant, Angela Girondo, by and through her attorney, Diane E. Barr, Esquire, has filed a Motion to Reconsider the Dismissal Order entered on July 19,2018 with the court to have the case reinstated.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 13, 2018,  you or your attorney must do all of the following:

 (a) file an answer explaining your position at:

    The Clerk of the United States Bankruptcy Court
    Robert C. Nix Building
    Suite 400
    900 Market Street, Philadelphia, PA  19107-4229

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

    Diane E. Barr, Esquire
    4206 Chestnut Street
    Philadelphia, PA  19104


    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on 08/23/2018, at 11:00 a.m. in Courtroom 2, United States Bankruptcy Court, Robert C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA  19107-4299. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

<u>Date: July 30, 2018</u>                                       <u>/s Diane E. Barr, Esquire</u>