**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:  Angela Girondo** : **CASE NO.:  15-13241**

**Debtor(s)** : **CHAPTER 13**

**AMENDED**
**CERTIFICATE OF SERVICE**

    Diane E. Barr, Esquire, attorney for Debtor, does hereby certify that a true and correct copy of Debtor's Motion to Reconsider Dismissal Order entered July 10, 2018 was served by either first class mail or by electronic means on or about July 30, 2018 to all parties on the master mailing list.

Date:  July 30, 2018                          /s Diane E. Barr, Esquire
                                                           Attorney for Debtor