

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Angela Girondo           :           CASE NO.:  15-13241

Debtor(s)                        :           CHAPTER 13

## PROPOSED ORDER

AND NOW THIS, __20th__ day of __September__, 2018, it is hereby ordered that the ~~dismissal order~~ *motion to vacate* entered July 10, 2018 is hereby ~~vacated~~ DENIED.

Date: 9/20/18

_____
Honorable Magdeline D. Coleman