United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-13241-mdc
Angela Mary Girondo                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Sep 20, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db            +Angela Mary Girondo,   97 Hampstead Drive,   Unit 97,   Ambler, PA 19002-4955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, National Association, et al.
          c/o Fay Servicing, LLC debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DIANE E. BARR    on behalf of Debtor Angela Mary Girondo barrdupree09@yahoo.com,  dbarrcg@aol.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
          paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Consumer Discount Company
          paeb@fedphe.com
          LARRY S. EISMAN    on behalf of Creditor    Butler Park Condominium Association Larry@Eisman.us,
          lse664@aol.com
          MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
          paeb@fedphe.com
          PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com/acar@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et al. c/o
          Fay Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 10



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Angela Girondo                    :            CASE NO.:  15-13241


          Debtor(s)                       :            CHAPTER 13


## PROPOSED ORDER


AND NOW THIS, _____20ᵗʰ_____ day of _____September_____, 2018, it is
hereby ordered that the dismissal order entered July 10, 2018 is hereby ~~vacated~~ *DENIED.*
_motion to vacate_

Date:_9/20/18_                              _Magdeline D. C____
                                            Honorable Magdeline D. Coleman